UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Dana M. Sabraw)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Crim No. 07CR01267-DMS |
| Plaintiff, ) | |
| v. ) | **ORDER CONTINUING SENTENCING HEARING** |
| JORGE ALBERTO LEYVA GUTIERREZ, ) | |
| Defendant. ) | |

Good cause appearing, IT IS HEREBY ORDERED that the sentencing hearing in the above-entitled case be continued from January 8, 2010, at 9:00 a.m. to January 20, 2010, at 9:30 a.m.

IT IS SO ORDERED

DATED: January 6, 2010

_____
HON. DANA M. SABRAW
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28